**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:07-cr-047 |
| Julian Ramirez, | ) | |
| | ) | |
| Defendant. | ) | |

On December 19, 2007, the Defendant pled guilty to two counts of sexual abuse of a minor. The Court ordered that Probation and Pretrial Services prepare a Presentence Investigation Report. The Court also desires more information to determine the Defendant's mental condition and the appropriate sentence to be imposed. Pursuant to 18 U.S.C. § 3552(c), the Defendant is ordered to submit to a psychological evaluation and report, including a sex offender evaluation and risk assessment. The evaluation will be conducted by Dr. Ed Kehrwald at the Stutsman County Correctional Center, Jamestown, North Dakota, on Saturday, February 16, 2008, at 8:00 a.m.

Dr. Kehrwald is to assess intellectual, social, and emotional functioning, and any mental disorder, including a determination of the existence of any sexual and gender identity disorders. The evaluation should examine the Defendant's propensity to harm himself or others, and attempt to establish the motivation and reasoning behind the sexual offense to which the Defendant admitted guilt. The evaluation should also include a recommendation for treatment.

A written report of the completed psychological evaluation is to be sent to Probation and Pretrial Services, P.O. Box 1264, Minot, ND, 58702-1264. When Probation and Pretrial Services receives the report, it is directed to distribute copies of the report to the Court and counsel. Counsel are directed to return their copies of the written report to Probation and Pretrial Services at the time

of the Defendant's sentencing hearing.

Probation and Pretrial Services shall maintain the original written report under seal in its case files. Any further disclosure or distribution of the written report is prohibited, unless otherwise ordered by the Court. In addition, the Court directs Probation and Pretrial Services to refrain from including in the Presentence Investigation Report any reference to the psychological evaluation.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2008.

> */s/  Daniel L. Hovland*
> Daniel L. Hovland, Chief Judge
> United States District Court