**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING SECOND** |
| Plaintiff, | ) | **MOTION FOR ORDER TO TRANSPORT** |
| | ) | **DEFENDANT** |
| vs. | ) | |
| | ) | |
| Julian Ramirez, | ) | Case No. 1:07-cr-047 |
| | ) | |
| Defendant. | ) | |

Before the Court is the Defendant's "Second Motion for Order to Transport Defendant," filed on April 9, 2008. See Docket No. 31. The Defendant moves the Court to direct the United States Marshals to transport the Defendant to Bismarck, North Dakota, for a neuropsychological evaluation to be conducted by Dr. David Brooks on Monday, April 21, 2008, at 8:15 a.m. (previously scheduled for Tuesday, April 15, 2008).

The Court **ORDERS** that the United States Marshals transport the Defendant to St. Alexius Medical Center, 900 E. Broadway, Bismarck, North Dakota, in time for his evaluation with Dr. David Brooks on Monday, April 21, 2008, beginning at 8:15 a.m.

**IT IS SO ORDERED**.

Dated this 9th day of April, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court